CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

DEC 29 2009

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| ROBERT CARSWELL, | ) | Civil Action No. 7:09-cv-00160 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WARDEN TERRY O'BRIEN, et al., | ) | By: Hon. James C. Turk |
| Respondents. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that USP Lee is **TERMINATED** as a respondent; respondent's motion for summary judgment (docket #15) is **GRANTED**; petitioner's time credit claims are **DISMISSED without prejudice** for failing to exhaust administrative remedies; petitioner's remaining claims are **DISMISSED**; all pending motions are **DENIED as moot**; and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 29th day of December, 2009.

/s/ James C. Turk
Senior United States District Judge